UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RA, TARHAKA

Write the full name of each plaintiff.

_____ CV _____
(Include case number if one has been assigned)

-against-

E BAY
U.S. POST OFFICE

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

18. USC 1341    18. USC. 1343

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __RA TARHAKA__ (Plaintiff's name), is a citizen of the State of

__NEW YORK__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __E BAY__ (Defendant's name), is a citizen of the State of

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __EBAY / USPO__, is incorporated under the laws of the State of __N.Y.__

and has its principal place of business in the State of __N.Y.__

or is incorporated under the laws of (foreign state) __N.Y.__

and has its principal place of business in __N.Y.__

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__RA__                         __TARHAKA__
First Name    Middle Initial    Last Name

__1694 Madison Av Apt 146__
Street Address

__NY. N.Y.__            __NEWYORK__    __10029__
County, City              State           Zip Code

__1-917-993-2393__      __Dionsoul@verizon.NET__
Telephone Number         Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **ERAY**
First Name      Last Name

Current Job Title (or other identifying information)
**625 6th AVE,**
Current Work Address (or other address where defendant may be served)

**NEW YORK**
County, City      State      Zip Code

Defendant 2: **US.** **Post Office**
First Name      Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
**153 E 110th St**    **N.Y.**    **10029**
County, City      State      Zip Code

Defendant 3:
First Name      Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City      State      Zip Code

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: **May 29, 2020**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On may 29, 2020 I order a pair of club cubano white shoes my shoes were ordered on July 29, 2020 I waited on my shoes but i did not receive them on the day that they were delivered. so i went to the post office on 110th st to inquire about my shoes, the clerk said there no show of history of them being ship, so I contacted ebay resolution center within the 30 days and i got no response I attempted to solve this situation from July to nov 2020 and i was ignored by ebay.

Tracking no # A423783070.us
order no # 15.05124-68620

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I seek 70,000 # or the amount set by this court 70.000 for both defendant's

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 3/10/2021

Plaintiff's Signature: Ra Tarhaka

First Name: RA     Middle Initial: Madison Ave     Last Name: TARHAKA

Street Address: 1694 Madison Ave 146

County, City: Manhattan     State: NY     Zip Code: 10029

Telephone Number: 1-917-993-2393

Email Address (if available): Dionsoul7verizon.net

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☑ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7